# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMERICO LOPES-DA SILVA | No. 1:25-mj-00126-JCN |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan LeMay, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Border Patrol Agent (BPA) assigned to the Rangeley, Maine Border Patrol Station. I graduated from North Middlesex Regional High School, Townsend, Massachusetts in 2002. I joined the United States Marine Corps in October of 2002 and served four years. In March of 2008, I joined the United States Border Patrol where I successfully completed the Border Patrol Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico in July 2008. While at the academy, I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I was stationed at the USBP Calexico Border Patrol Station in Calexico, California until 2016, at which time I moved to the Rangeley Station where I remain.

2. I make this affidavit in support of a Criminal Complaint charging AMERICO LOPES-DA SILVA with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my own investigation, my review of materials and reports prepared by other law enforcement officers and conversations with

2

involved personnel, as well as my training and experience as a Border Patrol agent.

## STATEMENT OF PROBABLE CAUSE

3. On April 7, 2024, at approximately 08:00 AM, I, was conducting traffic checks on Route 4 south of Rangeley, Maine. I noticed a white 2003 Chevrolet express van with a Massachusetts commercial plate (X19262) traveling north towards Rangeley with 2 visible passengers. I know that work vans coming from Massachusetts have been known to bring illegal alien workers to Maine and the Rangeley area before, so I decided to investigate further.

4. I observed that the vehicle had a Massachusetts commercial plate X19262. I ran the registration and it returned to a female individual at an address in Ashland, Massachusetts. Further record checks revealed this individual was Brazilian and had entered the United States on a B2 visa on through Orlando International Airport on 07/25/2018. Records revealed she had overstayed her visa and there was no record of her leaving the United States.

5. I conducted a vehicle stop on the Chevy van in my marked US Border Patrol service vehicle by activating my lights and sirens. The van yielded on Route 4 at the intersection of Dallas Hill Road. I approached the van on the driver's side and introduced myself to the driver and passenger as a US Border Patrol Agent. I asked the driver what country he was a citizen of.[1] The driver replied that he was a citizen of Brazil. I asked the driver if he had any documents that would allow him to live work or remain in the United States legally. The driver replied that he did not and admitted that he was in the United States illegally.

6. I then asked the passenger, Americo LOPES Da Silva what country he was

---

[1] I determined that both the driver and the passenger spoke Portuguese, but also understood some English and Spanish. My field interview with both men was conducted through a combination of English and Spanish.

3

a citizen of. LOPES replied that he was a citizen of Brazil. I asked LOPES if he had any documents that would allow him to live work or remain in the United States legally. LOPES replied that he did not.

7. I then placed both men under detention and transported them to the Rangeley Border for further processing. During processing I learned that no record was found in any immigration database showing that LOPES has any legal status in the United States or any claim to citizenship in the United States, and he did not obtain the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States. I reviewed records maintained by the Department of Homeland Security that revealed LOPES was apprehended by the US Border Patrol for crossing the US/Mexico international boundary illegally on May 30, 2021 near Rio Grande City, Texas. Those records revealed that LOPES was processed as an Expedited Removal with Credible Fear. Those records also revealed that LOPES received a final order of removal on July 14, 2021 and was removed to Brazil on September 9, 2021 through Alexandria, Louisiana. I have reviewed the prior order of removal for LOPES and confirmed it is the same person that I apprehended in Rangeley, Maine on April 7, 2025.

8. LOPES was notified of his right to communicate with a consular officer from Brazil, and LOPES said he did not wish to contact his consular office.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe AMERICO LOPES-DA SILVA has violated Title 8, United States Code, Section 1326(a).

I, Jonathan LeMay, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine this 8th day of April 2025.

_____
Jonathan LeMay, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 08 2025

City and state: Bangor, ME

_____
Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title